

*Bernard Meyerson* and *Joseph Pulvers* for appellant.

*Nathaniel L. Goldstein, Attorney-General (William L. Shumate* and *Frederick M. Garfield* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. LEWIS and CONWAY, JJ., dissent and vote for reversal and a new trial upon the ground that the claimant's evidence amounted to prima facie proof of the State's negligence.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OTTO GOLDMAN, Alias DAN A. MITCHELL, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued January 15, 1953; decided March 6, 1953.

*Harry Gold* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.